1   CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
2
    MARTHA BOERSCH (CABN 126569)
3   Chief, Criminal Division

4   RICHARD EWENSTEIN (CABN 294649)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6842
7       FAX: (415) 436-7234
        Email: richard.ewenstein@usdoj.gov
8
    Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,              )   **CASE NO. 14-CR-00120 EMC**
                                           )
14        Plaintiff,                       )   **DETENTION ORDER**
                                           )
15     v.                                  )
                                           )
16  ANTONIO CASTILLO,                      )
                                           )
17        Defendant.                       )
                                           )
18  _____   )

19        On July 11, 2025, defendant Antonio Castillo was alleged to have violated the terms of his

20  supervised release in a Petition for Warrant for Person Under Supervision which alleged that Mr.

21  Castillo had violated California Penal Code sections 207(a), Kidnapping, 273.5(a), Inflict Corporal

22  Injury on Spouse/Cohabitant/Dating Relationship, and 236, False Imprisonment in violation of the

23  mandatory condition that he not commit another federal, state, or local crime.

24        This matter came before the Court on August 6, 2025, for a detention hearing.  The defendant

25  was present and represented by Alanna Coopersmith.  Assistant United States Attorney Richard

26  Ewenstein appeared for the government.  The government moved for detention, and the defendant

27  opposed.  At the hearing, counsel submitted proffers and arguments regarding detention.

28        Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

1  the record, the Court finds that the defendant has failed to carry his burden to show by clear and

2  convincing evidence any combination of conditions that will reasonably assure the safety of other

3  persons and the community.  Accordingly, the defendant must be detained pending resolution of the

4  petition in this matter. 18 U.S.C. § 1343(a)(2)(B).

5          The present order supplements the Court's findings and order at the detention hearing and serves

6  as written findings of fact and a statement of reasons.  As noted on the record, the Court makes the

7  following finding as the basis for its conclusion: Mr. Castillo has been accused of two separate instances

8  of violence against different victims within a three-month period.  The second incident is alleged to have

9  occurred while Mr. Castillo was already subject to conditions of release, including electronic

10  monitoring, following the first alleged incident.  This finding is made without prejudice to the

11  defendant's right to seek review of defendant's detention, or file a motion for reconsideration if

12  circumstances warrant it.

13          Pursuant to 18 U.S.C. § 3143(a)(2)(B), IT IS ORDERED THAT:

14          1.       The defendant be, and hereby is, committed to the custody of the Attorney General for

15  confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

16  sentences or being held in custody pending appeal;

17          2.       The defendant be afforded reasonable opportunity for private consultation with counsel;

18  and

19          3.       On order of a court of the United States or on request of an attorney for the government,

20  the person in charge of the corrections facility in which the defendant is confined shall deliver the

21  defendant to an authorized United States Marshal for the purpose of any appearance in connection with a

22  court proceeding.

23          IT IS SO ORDERED.

24

25  DATED:  August 13, 2025

26                                                                   HONORABLE SALLIE KIM
                                                                     United States Magistrate Judge

27

28