# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number:
) 0971 3:14CR00120-016 EMC
Antonio Castillo )
)
)

**ORDER SETTING INTERIM CONDITION OF RELEASE (RULE 32.l(A)(6))**

1. You must participate in the Location Monitoring Program as directed by the probation officer while violation proceedings are pending and be monitored by location monitoring technology at the discretion of the probation officer. Location monitoring must be utilized to verify your compliance with a curfew while on the program. You are restricted to your residence every day from 10 p.m. to 6 a.m., subject to exceptions at the discretion of the probation officer. You must pay all or part of the costs of the program based upon your ability to pay as determined by the probation officer.

Date: ___May 12, 2026

_____
Thomas Hixson
United States Magistrate Judge