**ALANNA D. COOPERSMITH** (SBN 248447)
Attorney at Law,
420 Third Street, Suite 250
Oakland, California 94607
Tel. 510.628.0596
Fax. 866.365.9759
alanna@eastbaydefense.com

Counsel for Defendant
**ANTONIO CASTILLO**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **ANTONIO CASTILLO,** <br><br> Defendant. | No.  14-CR-00120-016 EMC <br><br><br> **STIPULATION AND ~~PROPOSED~~ ORDER PERMITTING OVERNIGHT VISIT WITH FAMILY** |

Defendant Antonio Castillo, by and through his attorney, Alanna Coopersmith, and the government, by and through Assistant United States Attorney, Richard Ewenstein, stipulate and agree as follows:

At the arraignment on the Form 12 summons on May 12, 2026, Judge Hixson signed an Order establishing an interim release condition: a 10pm curfew subject to waiver at probation's discretion, and administered through probation's Location Monitoring Program.  Order (Doc. 1728).

Mr. Castillo has submitted a request to visit his ill father at his house in Fairfield overnight with his daughter (his father's grandchild) on the evening of May 23, 2026.

Because Fairfield is outside of the Northern District, Probation defers to the Court on the request to waive the curfew and will comply with the Court's determination.

Therefore, the parties stipulate and agree that the Court should grant Antonio Castillo leave

1

to visit his father in Fairfield overnight as per the terms of the proposed Order below.

**IT IS SO STIPULATED**.

Dated: May 22, 2026                                         s/ *Alanna Coopersmith*
                                                           ALANNA COOPERSMITH
                                                           Counsel for Defendant
                                                           ANTONIO CASTILLO


                                                           CRAIG H. MISSAKIAN
                                                           United States Attorney


Dated: May 22, 2026                                        s/ *Richard Ewenstein*
                                                           RICHARD EWENSTEIN
                                                           Assistant U.S. Attorney


## [PROPOSED] ORDER

Upon consideration of the foregoing stipulation, and for good cause shown, it is hereby Ordered that defendant Antonio Castillo may travel overnight to his father's home in Fairfield, California on May 23, 2026.

**IT IS SO ORDERED**.

Date: May 22, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

*USA v. Antonio Castillo*, Stipulation and                 2
[Proposed] Order, 14-CR-00120-16 EMC